1

**STUTZ ARTIANO SHINOFF & HOLTZ**
*A Professional Corporation*

2

James F. Holtz, Esq.
Nevada Bar No. 8119

3

Scott J. Ingold, Esq.
Nevada Bar No. 11818

4

1120 Town Center Drive, Suite 220
Las Vegas, NV  89144

5

Tel:  (702) 304-1803
Fax: (702) 304-1822

6

7

Attorneys for Defendant
Walgreen Co.

8

## UNITED STATES DISTRICT COURT

9

## FOR THE DISTRICT OF NEVADA

10

11

JUDITH SAMUELS,

Case No.  2:11-cv-01075-KJD-CWH

12

Plaintiff,

13

vs.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**

14

WALGREEN CO., a foreign corporation, DOES I through XV, and ROE CORPORATIONS I through X, inclusive,

15

16

Defendant.

17

18

        IT IS HEREBY STIPULATED by and between the parties hereto that the above-entitled

19

matter be dismissed with prejudice, each party to bear its own costs and attorney's fees.

20

21

DATED:  January 16, 2013

DATED: January 17, 2013

22

DINGMAN LAW OFFICES

STUTZ ARTIANO SHINOFF & HOLTZ
A Professional Corporation

23

24

        /s/ Dustin Dingman
By:_____

        /s/ Scott J. Ingold
By:_____

25

Dustin Dingman, Bar No. 7678
540 E Saint Louis Ave

James F. Holtz, Bar No. 8119
Scott J. Ingold, Bar No. 11818

26

Las Vegas NV 89104-2559
Telephone: (702) 529-1414

1120 Town Center Drive, Suite 210
Las Vegas, Nevada  89144

27

Facsimile: (702) 386-1946
702injurylaw@gmail.com

Telephone:     (702) 304-1803
Facsimile:      (702) 304-1822

28

*Attorneys for Plaintiff*

*Attorneys for Walgreen Co.*

1

1

## <u>ORDER</u>

2          Upon the stipulation of the parties entered into above,

3          IT IS HEREBY ORDERED that the above-entitled matter against Defendant is hereby

4 dismissed with prejudice, with each party to bear their own costs and attorney's fees.

5 DATED this ___18___ day of January, 2013.

6

7          _____

8          UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

G:\DATA\1329\55\PL\S0119526.WPD