**STUTZ ARTIANO SHINOFF & HOLTZ**
*A Professional Corporation*
James F. Holtz, Esq.
Nevada Bar No. 8119
Scott J. Ingold, Esq.
Nevada Bar No. 11818
1120 Town Center Drive, Suite 220
Las Vegas, NV 89144
Tel: (702) 304-1803
Fax: (702) 304-1822

Attorneys for Defendant
Walgreen Co.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JUDITH SAMUELS,<br><br>    Plaintiff,<br><br>vs.<br><br>WALGREEN CO., a foreign corporation, DOES I through XV, and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendant. | Case No. 2:11-cv-01075-KJD-CWH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear its own costs and attorney's fees.

DATED: January 16, 2013                    DATED: January 17, 2013

DINGMAN LAW OFFICES                        STUTZ ARTIANO SHINOFF & HOLTZ
                                           A Professional Corporation

        /s/ Dustin Dingman                         /s/ Scott J. Ingold
By:_____          By:_____
    Dustin Dingman, Bar No. 7678               James F. Holtz, Bar No. 8119
    540 E Saint Louis Ave                      Scott J. Ingold, Bar No. 11818
    Las Vegas NV 89104-2559                    1120 Town Center Drive, Suite 210
    Telephone: (702) 529-1414                  Las Vegas, Nevada 89144
    Facsimile: (702) 386-1946                  Telephone:   (702) 304-1803
    702injurylaw@gmail.com                     Facsimile:   (702) 304-1822
*Attorneys for Plaintiff*                  *Attorneys for Walgreen Co.*

1

G:\DATA\1329\55\PL\S0119526.WPD

**ORDER**

Upon the stipulation of the parties entered into above,

IT IS HEREBY ORDERED that the above-entitled matter against Defendant is hereby dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED this __18__ day of January, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

2

G:\DATA\1329\55\PL\S0119526.WPD